IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:10CR36 |
| vs. | ) ) ) | ORDER |
| EDWARD BAKHIT and JUMMA N. BAKHIT, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the motion for an extension of time by defendant Edward Bakhit (Bakhit) (Filing No. 15). Bakhit seeks ninety days in which to file pretrial motions in accordance with the progression order. Bakhit's counsel represents that Bakhit will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act  Upon consideration and for good cause shown, the motion will be granted as to both defendants.

**IT IS ORDERED:**

Defendant Bakhit's motion for an extension of time (Filing No. 15) is granted. The defendants are given until **on or before July 7, 2010,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 31, 2010 and July 7, 2010**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 31st day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge