IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:10CR36** |
| vs. | |
| EDWARD J. BAKHIT, | **ORDER MODIFYING SUPERVISION** |
| Defendant. | |

This matter came on for hearing on the defendant's pro se motion to amend the terms of his supervised release (Filing No. 96).  AUSA Russell Mayer appeared for the government, and the defendant appeared pro se.

The U.S. Probation Office conducted a detailed investigation into the defendant's current employment.  The defendant is currently employed with a licensed third-party auto dealership in a sales-only capacity.  His employer understands that, during the period of the defendant's supervision, Mr. Bakhit cannot be part of the financing functions of the auto sales business.  The government had no objection to the defendant continuing to work in auto sales under the supervision of a third-party licensed dealership.

IT IS ORDERED that the defendant's motion (Filing No. 96) is granted.  Special Condition No. 5 of the defendant's supervision is modified at follows:

> The defendant is prohibited from being employed in any capacity where he may have access to another individual's identity, i.e., Social Security number or date of birth, and is specifically prohibited from owning or operating an automobile dealership.  However, he may work for a third-party licensed automotive dealership in any capacity other than obtaining or processing financing for customers or the dealership.

Dated this 18th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge